# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **AARON CHRISTOPHER SMITH**,　　Plaintiff,　　v.　　**KILOLO KIJAKAZI**, Acting Commissioner of Social Security,　　Defendant. | Case No. 3:20-cv-768-SI　　**ORDER** |

**Michael H. Simon, District Judge.**

Plaintiff's Unopposed Motion for Attorney Fees Under 42 U.S.C. § 406(b), ECF 23, is hereby granted as follows: Kevin Kerr is awarded attorney's fees under the Social Security Act, 42 U.S.C. § 406(b), in the amount of $17,989.75, to be paid out of the claimant's past-due benefits. Plaintiff's counsel shall refund the amount of $6,596.82 already received by counsel under the Equal Access to Justice Act.

Funds withheld by the Commissioner in anticipation of an order under Section 406(b), less an administrative assessment pursuant to 42 US.C. 406(d), may be paid to NW Disability benefits, LLC dba Kerr Robichaux & Carroll (TID 85-3999428), 1 PO Box 14490, Portland, OR 97293, consistent with this Order.

**IT IS SO ORDERED.**

DATED this 17th day of April, 2023.

　　　　　　　　　　　　　　　　　　　　　　/s/ *Michael H. Simon*
　　　　　　　　　　　　　　　　　　　　　　Michael H. Simon
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

PAGE 1 – ORDER